FILED: 3/28/12    JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ADEMAR & LISSETTE RAMIREZ </br></br>Plaintiffs,</br></br>v.</br></br>NORTH AMERICAN ASSET SERVICES, LLC dba FRONTIER FINANCIAL GROUP</br></br>Defendant. | Case No.: 2:11-cv-10237-GHK-PJW </br></br>[~~PROPOSED~~] JUDGMENT |

## JUDGMENT

Upon consideration, the Court enters judgment against Defendant pursuant to the Notice of Acceptance of Offer of Judgment filed on February 7, 2012. [Doc. 15]. Judgment is entered in the total amount of One Thousand One Dollars and 00/100 ($1,001.00) as against Defendants. In addition, Plaintiff's costs and reasonable attorney's fees now accrued are to be added to the judgment as against Defendant, said fees and costs now accrued shall be added as agreed to between counsel for the parties, or if they are unable to agree, as determined by the Court upon motion.

JUDGMENT IS ENTERED THIS 27th DAY OF MARCH, 2012.

_____
Hon. George King
United States District Court

- 1 -